```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
                       EASTERN DIVISION
```

DANA BENJAMIN                     *

      Plaintiff              *

        vs.                  *      EDCV-09-1553 MJG

SHELBY SUPERCARS LLC, et al.      *

      Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has dismissed all claims.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Shelby Supercars LLC, Shelby Supercars, Inc., Jerod Shelby, Junus Khan, RPM Promotions Plus, David Raber, Robert Carr, West Coast Customs, Inc., Quinton Dodson, Joseph Zia, Motorcars of Las Vegas, Inc., David J. Luce, Symbolic Motor Car Company, Tom Brazil, Abe Haddad, Prince Majed Ben Abdullah Ben Addull Aziz, James Charles Husen, Sheffield International Finance Corporation, and Phillipe Hatari against Plaintiff Dana Benjamin dismissing all claims with prejudice with all assessable costs.

2. This Order shall be deemed to be a Final Judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Wednesday, March 24, 2010</u>.

                                            _____/s/_____
                                                Marvin J. Garbis
                                          United States District Judge